# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON REYMUNDO,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES HARTLEY, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-CV-01900-OWW-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(DOC. 28)<br><br>RESPONSE DUE WITHIN 30 DAYS |

    Plaintiff Ramon Reymundo ("Plaintiff") was a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendant Bouhaben. On December 9, 2010, Defendant filed a motion to dismiss for Plaintiff's failure to exhaust administrative remedies. Doc. 28. As of the date of this order, Plaintiff has not file an opposition. Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition to Defendant's motion within thirty (30) days from the date of service of this order. Failure to file a timely opposition will result in waiver of any opposition and may result in dismissal of this action for failure to obey a court order.

    IT IS SO ORDERED.

    Dated:   **May 19, 2011**              /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE